UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIMOTHY COLEMAN,

    Plaintiff,

CASE NO.: 8:12-cv-71-T-24AEP

v.

LAKELAND AREA MASS TRANSIT DISTRICT,

    Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's Mediation Order(s), a mediation conference was held on **February 5, 2013**, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

| | |
|---|---|
| __X__ | Defendant and its counsel were in attendance. |
| __X__ | Plaintiff and his counsel were in attendance. |
| _____ | Designated corporate representatives. |
| _____ | Required claims professionals. |

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered: None

(c) The outcome of the mediation conference was:

_____     The case completely settled. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the court of settlement in accordance with Local Rule 3.08 within ten (10) days of the mediation conference.

_____   The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this court to resolve:

_____   The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding judge. Mediation reports will be filed after additional conferences are complete.

__X__   **The parties reached an IMPASSE.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 5, 2013, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to the following:

Kathryn S. Piscitelli, Esq.
P.O. Box 691166
Orlando, Florida 32869-1166

Douglas T. Noah, Esq.
Dean Ringers Morgan & Lawton, P.A.
201 East Pine Street, Suite 1200
P.O. Box 2928
Orlando, Florida 32802

_/s/ Mark A. Hanley_
Mark A. Hanley
mhanley@glennrasmussen.com
Florida Bar No: 328405
**GLENN RASMUSSEN, P.A.**
100 S. Ashley Drive, Suite 1300
Tampa, Florida 33602
(813) 229-3333 - telephone
(813) 229-5946 - facsimile
*Mediator*