# Darby Law Group, P.A

Post Office Box 2971
Lakeland, Florida 33806-2971

(863) 683-7400
Fax: (863) 683-7445

10/15/2009

Daniel L. Ours
Lakeland Area Mass Transit District
Post Office Box 1687
Lakeland, FL 33802

Invoice No. 1

*For services rendered in connection with file number 07GEN-101*

| Date | Description | Hours | Rate | Charges |
|---|---|---|---|---|
| 9/01/2009 | Office conference with Danny with regard to personnel and other matters, telephone call to Gow Fields (left message), telephone call to Glenn Higgins (left message), telephone call to Jim Verplanck (left message), telephone conference with Jim Verplanck, telephone call to Sam Johnson (left message), telephone call to Bob English (left message), and office conference with Glenn Higgins. | 1.50 | $150.00 | $225.00 |
| 9/01/2009 | Review of e-mail from Chuck Barmby, Jim Godwin of Reynolds, Smith & Hill, and Adam Goldman with regard to access and parking easement, review of easement document, and e-mail to Chuck. | 1.00 | $150.00 | $150.00 |
| 9/02/2009 | Telephone conference with Danny with regard to personnel matter. | 0.10 | $150.00 | $15.00 |
| 9/08/2009 | Review of Agenda for Public Hearing and review of Section 200.065 of the Florida Statutes, and telephone call to Brian (left message). | 0.50 | $150.00 | $75.00 |
| 9/09/2009 | Telephone conference with Danny with regard to cell phone policy and other matters. | 0.20 | $150.00 | $30.00 |
| 9/09/2009 | Telephone conference with representative of owner with regard to addition of land for Pix station. | 0.20 | $150.00 | $30.00 |

**Ex. 35**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/09/2009 | Attendance at Public Hearing at City Hall. | 1.00 | $150.00 | $150.00 |
| 9/15/2009 | Telephone conference with Danny with regard to Temporary Construction Easement Agreement. | 0.20 | $150.00 | $30.00 |
| 9/15/2009 | Preparation of Temporary Construction Easement Agreement. | 2.00 | $150.00 | $300.00 |
| 9/15/2009 | Revision of Easement Agreement for Transit Shelters. | 2.00 | $150.00 | $300.00 |
| 9/15/2009 | Review of e-mail and proposed provisions in Contract with Crowe Horwath. | 1.00 | $150.00 | $150.00 |
| 9/16/2009 | Telephone call to John Duryee (left message). | 0.10 | $150.00 | $15.00 |
| 9/16/2009 | Review of proposed Crowe Horwath Contract provisions and telephone conference with Deborah Garringer and Adam and Danny. | 1.00 | $150.00 | $150.00 |
| 9/17/2009 | Review of proposed Crowe Horwath Contract provisions and e-mail to Adam. | 1.00 | $150.00 | $150.00 |
| 9/17/2009 | Preparation of Temporary Construction Easement Agreement. | 1.00 | $150.00 | $150.00 |
| 9/17/2009 | Telephone conference with John Duryee with regard to transit shelter at Arbor Oaks. | 0.20 | $150.00 | $30.00 |
| 9/17/2009 | Telephone conference with Danny, telephone conference with Amit Lamba, and telephone conference with Danny with regard to Temporary Construction Easement Agreement. | 0.50 | $150.00 | $75.00 |
| 9/18/2009 | Telephone conference with Deborah Garringer and e-mail to Adam. | 0.50 | $150.00 | $75.00 |
| 9/18/2009 | Revision of Easement Agreement for Transit Shelters. | 2.00 | $150.00 | $300.00 |
| 9/18/2009 | Conference with Danny at District with regard to referendum. | 0.20 | $150.00 | $30.00 |
| 9/18/2009 | Review of proposed License Agreement for Transit Shelters and telephone call to John Attaway at Publix (left message). | 2.00 | $150.00 | $300.00 |
| 9/18/2009 | Conference with John Duryee at District and revision of Easement Agreement. | 2.00 | $150.00 | $300.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/18/2009 | Office conference with Amit Lamba with regard to Temporary Construction Easement Agreement. | 1.00 | $150.00 | $150.00 |
| 9/18/2009 | Review of proposed audit contract with Crowe Horwath. | 2.00 | $150.00 | $300.00 |
| 9/21/2009 | Review of Ford & Harrison statements with regard to labor and employment law matters and EEOC charges. | 0.50 | $150.00 | $75.00 |
| 9/21/2009 | Review of proposed Crowe Horwath Contract. | 1.00 | $150.00 | $150.00 |
| 9/21/2009 | Correspondence to Adam Goldman. | 1.00 | $150.00 | $150.00 |
| 9/21/2009 | Review of revised Transit Operator Agreement. | 1.00 | $150.00 | $150.00 |
| 9/21/2009 | Meeting and Public Hearing at City Hall. | 2.50 | $150.00 | $375.00 |
| 9/21/2009 | Telephone conference with Danny with regard to Crowe Horwath Contract and Temporary Easement Agreement. | 0.20 | $150.00 | $30.00 |
| 9/22/2009 | Review of final drafts of Crowe Horwath Contract and telephone conference with Adam. | 0.50 | $150.00 | $75.00 |
| 9/22/2009 | Telephone conference with Danny. | 0.20 | $150.00 | $30.00 |
| 9/23/2009 | Review of ten (10) files with regard to addition of lands. | 4.00 | $150.00 | $600.00 |
| 9/23/2009 | Telephone conference with McVay Wood Engineering, Inc. with regard to addition of Lakeland Commerce Center property (left message for Dennis Wood). | 0.20 | $150.00 | $30.00 |
| 9/23/2009 | Telephone conference with David Bilyeau with regard to addition of Park of Commerce property. | 0.20 | $150.00 | $30.00 |
| 9/23/2009 | Conference with Chuck Barmby at City Hall with regard to addition of lands. | 2.00 | $150.00 | $300.00 |
| 9/24/2009 | Telephone conference with Rita Wages with regard to construction easement. | 0.20 | $150.00 | $30.00 |
| 9/24/2009 | Telephone conference with Amit Lamba. | 0.20 | $150.00 | $30.00 |
| 9/25/2009 | Review of e-mail from Amit Lamba with regard to Temporary Construction Easement Agreement. | 0.10 | $150.00 | $15.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/25/2009 | Telephone call to Amit Lamba (left message). | 0.10 | $150.00 | $15.00 |
| 9/25/2009 | Telephone conference with Danny. | 0.10 | $150.00 | $15.00 |
| 9/25/2009 | Telephone conference with Amit Lamba with regard to Temporary Construction Easement Agreement. | 0.20 | $150.00 | $30.00 |
| 9/28/2009 | Correspondence to Amit Lamba with regard to license to permit access. | 1.00 | $150.00 | $150.00 |
| 9/28/2009 | Telephone conference with Ed McKenna with regard to Coleman discipline matter. | 0.20 | $150.00 | $30.00 |
| 9/28/2009 | Review of Contract for Sale and Purchase of Lakeland Industrial Park property, telephone conference with Bob Stanley, telephone conference with Dick Skrovanek, telephone conference with Danny, and telephone conference with Dick. | 1.50 | $150.00 | $225.00 |
| 9/29/2009 | Telephone conference with Jack Gaskins with Department of Community Affairs with regard to Special District Compliance. | 0.20 | $150.00 | $30.00 |
| 9/29/2009 | Review of License Agreement and telephone conference with John Duryee. | 0.50 | $150.00 | $75.00 |
| 9/30/2009 | Telephone conference with Dick Skrovanek with regard to purchase of Lakeland Industrial Park property. | 0.20 | $150.00 | $30.00 |
| 9/30/2009 | Preparation of Coleman Grievance Hearing Summary and Disposition. | 2.00 | $150.00 | $300.00 |
| 9/30/2009 | Telephone conference with Dick Skrovanek. | 0.20 | $150.00 | $30.00 |

**TOTAL CURRENT FEES**     $6,480.00

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 10/05/2009 | The Ledger - Publication of Schedule of Regular Meetings. | 1.00 | $311.91 |

Total Expenses    $311.91