UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO. | 8:12-cv-71-SCB AEP | DATE: | 6/24/13 |
|---|---|---|---|
| HONORABLE ANTHONY E. PORCELLI | | | |
| **COLEMAN** <br> Plaintiff, <br> v. <br> **LAKELAND AREA MASS TRANSIT DISTRICT** <br> Defendant | | **PLAINTIFF'S COUNSEL** <br> Kathryn Piscitelli, Esq. | |
| | | **DEFENSE COUNSEL** <br> Clay Morris, Esq. | |
| COURT REPORTER: | | DEPUTY CLERK: | |
| TIME: 10:09 TO 3:30 TOTAL: min | | COURTROOM: | |

**PROCEEDINGS:** MEDIATION HEARING HELD

CASE IS REPORTED SETTLED